IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | |
| PREMIER SALONS BEAUTY INC., a Delaware corporation, | Chapter 11 |
| Debtor. | Case No. 10 - 12152 (KG) |
| Employer Tax I.D. No. 26-4119717 | |
| In re: | |
| TRADE SECRET, INC., a Colorado corporation, | Chapter 11 |
| Debtor. | Case No. 10-12153 (KG) |
| Employer Tax I.D. No. 84-0811292 | |
| In re: | |
| PREMIER SALONS TRADE SECRET INC., a Delaware corporation, | Chapter 11 |
| Debtor. | Case No. 10-12154 (KG) |
| Employer Tax I.D. No. 27-1399005 | |
| In re: | |
| BEAUTYFIRST, INC., a Kansas corporation, | Chapter 11 |
| Debtor. | Case No. 10-12155 (KG) |
| Employer Tax I.D. No. 48-0951954 | |

| | |
|---|---|
| In re: | : |
| | : |
| TRADE SECRET BEAUTY STORES INC., a Delaware corporation, | : Chapter 11 |
| | : |
| | : Case No. 10-12156 (KG) |
| Debtor. | : |
| | : |
| Employer Tax I.D. No. 26-4119804 | : |
| In re: | : |
| | : |
| TRADE SECRET EXCLUSIVE STORES INC., a Delaware corporation, | : Chapter 11 |
| | : |
| | : Case No. 10-12157 (KG) |
| Debtor. | : |
| | : |
| Employer Tax I.D. No. 26-4119902 | : |
| In re: | : |
| | : |
| TRADE SECRET LUXURY STORES INC., a Delaware corporation, | : Chapter 11 |
| | : |
| | : Case No. 10-12158 (KG) |
| Debtor. | : |
| | : |
| Employer Tax I.D. No. 26-4119865 | : |
| In re: | : |
| | : |
| PUREBEAUTY, INC., a Delaware corporation, | : Chapter 11 |
| | : |
| | : Case No. 10-12159 (KG) |
| Debtor. | : |
| | : |
| Employer Tax I.D. No. 98-0494358 | : **Ref. Docket No. 3** |

# ORDER AUTHORIZING JOINT ADMINISTRATION
## PURSUANT TO BANKRUPTCY RULE 1015 AND LOCAL RULE 1015-1

Upon consideration of the motion (the "Motion")[1] of the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") for entry of an order, pursuant to Rule 1015 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), authorizing the joint administration of the Debtors' cases under chapter 11 of the Bankruptcy Code; and upon the First Day Declaration; and due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by this Motion is in the best interests of these estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The Motion is GRANTED.

2. The above-captioned cases are consolidated for procedural purposes only and shall be administered jointly under Trade Secret, Inc., Case No. 10-12153 (KG), in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1, and the joint caption of the cases shall read as follows:

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> TRADE SECRET, INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 10-12153 (KG) <br><br> (Jointly Administered) |

3. All original pleadings shall be captioned as indicated in the preceding decretal paragraph and all original docket entries shall be made in the case of Trade Secret, Inc., Case No. 10-12153 (KG), and a docket entry shall be made in the other Debtors' chapter 11 cases and in the event related cases are subsequently filed, substantially as follows:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of these chapter 11 cases of Trade Secret, Inc. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 10-12153 (KG).

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
July 6, 2010

_____
Kevin Gross
United States Bankruptcy Judge

---

[1] The Debtors in these cases, along with the last four (4) digits of their federal tax identification numbers (if applicable) are: Premier Salons Beauty Inc. (EIN XX-XXX9717); Trade Secret, Inc. (EIN XX-XXX1292); Premier Salons Trade Secret Inc. (EIN XX-XXX9005); BeautyFirst, Inc. (EIN XX-XXX1954); Trade Secret Beauty Stores Inc. (EIN XX-XXX9804); Trade Secret Exclusive Stores Inc. (EIN XX-XXX9902); Trade Secret Luxury Stores Inc. (EIN XX-XXX9865); PureBeauty, Inc. (EIN XX-XXX4358). The address for each Debtor is 3762 14th Avenue, # 200, Markham, Ontario L3R 0G7, Canada.